
Financial Disclosure Incomplete

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Walton, Reggie B. | Date of Report<br>06/22/2001 |
|---|---|---|

## REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*udes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | NONE (No such reportable gifts.) | | |
| | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | American Express | Credit Card | K |
| 2 | MBNA America | Credit Card | K |
| 3 | Sallie Mae | Student Loan | M |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Walton, Reggie B. | Date of Report<br>06/22/2001 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Rushmore IRA #1, Fund for Gov't Investors; Gas Index Fund | A | Interest | J | T | | | | | |
| 2  Rushmore IRA #2, Fnd for Gov't Investors | A | Interest | J | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes:<br>(Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,000-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Walton, Reggie B. | Date of Report<br>06/22/2001 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(ate part of report.)*

IX. Certification

I do not know if the honoraria listed in section III is in compliance with the applicable provisions of the United States Code because I was not subject to those statutory provisions as a District of Columbia Superior Court judge. However, acceptance of the honoraria was in compliance with the Code of Judicial Conduct for the District of Columbia Courts (1995), which governs the ethical conduct of District of Columbia Superior Court judges.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walton, Reggie B. | 06/22/2001 |

## CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date  6/22/01

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | |
|---|---|
| Cash on hand and in banks | $6,200.00 |
| U.S. Government securities-add schedule | 0 |
| Listed securities-add schedule | 0 |
| Unlisted securities--add schedule | 0 |
| Accounts and notes receivable: | |
| Due from relatives and friends | 0 |
| Due from others | $40,000.00 |
| Doubtful | |
| Real estate owned-add schedule | $610,000.00 |
| Real estate mortgages receivable | 0 |
| Autos and other personal property | $53,000.00 |
| Cash value-life insurance | 0 |
| Other assets itemize: | |
| IRA | $15,424.00 |
| | |
| | |
| | |
| Total Assets | $724,624.00 |
| CONTINGENT LIABILITIES | |
| As endorser, comaker or guarantor | 0 |
| On leases or contracts(wife's medical practice office) | $29,906.00 |
| Legal Claims | 0 |
| Provision for Federal Income Tax | 0 |
| Other special debt | 0 |

## FINANCIAL STATEMENT (Continued-Page 2)

| LIABILITIES | |
|---|---|
| Notes payable to banks-secured | $25,500.00 |
| Notes payable to banks-unsecured | 0 |
| Notes payable to relatives | 0 |
| Notes payable to others | 0 |
| Accounts and bills due | $207,406.00 |
| Unpaid income tax | 0 |
| Other unpaid income and interest | 0 |
| Real estate mortgages payable-add schedule | $438,033.00 |
| Chattel mortgages and other liens payable | 0 |
| Other debts-itemize: | |
| | |
| | |
| | |
| | |
| | |
| Total liabilities | $670,939.00 |
| Net Worth | $53,685.00 |
| Total liabilities and net worth | $724,624.00 |
| GENERAL INFORMATION | |
| Are any assets pledged? (Add schedule) | 0 |
| Are you defendant in any suits or legal actions? | No |
| Have you ever taken bankruptcy? | No |
| | |
| | |